**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1671**

_____

In re: TAYLOR MORGAN DANT,

              Respondent - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:25-ad-00005)

_____

Submitted:  July 18, 2025                                    Decided:  August 5, 2025

_____

Before DIAZ, Chief Judge, and WILKINSON and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Taylor Morgan Dant, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Taylor Morgan Dant appeals the district court's order enjoining her from the practice of law in the United States District Court for the Middle District of North Carolina until she satisfies certain conditions. Having thoroughly reviewed the record and Dant's submissions on appeal, we conclude that the district court did not abuse its discretion in entering the injunction. *See In re Morrissey*, 305 F.3d 211, 217 (4th Cir. 2002) (stating standard of review for district court's decision to discipline attorney); *In re Fallin*, 255 F.3d 195, 197 (4th Cir. 2001) (explaining when federal court will impose reciprocal discipline based on state court disciplinary order).

Accordingly, we grant Dant's motions to withdraw two motions filed in this appeal (ECF Nos. 17, 19), deem withdrawn Dant's motions for injunctive relief pending appeal and to dismiss this appeal (ECF Nos. 14, 18), deny Dant's emergency motions to stay the district court's order (ECF Nos. 15, 20) and amended emergency motion to stay the district court's order (ECF No. 21), and affirm the district court's order. *In re Dant*, No. 1:25-ad-00005 (M.D.N.C. May 8, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2